CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 2 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 7:07CR00030<br>) (Case No. 7:09CV80172)<br>) |
| v. | )<br>) **FINAL JUDGMENT AND ORDER**<br>) |
| DAVID L. ALEXANDER, | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the defendant's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255,

is hereby summarily **DISMISSED**, pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this judgment and order to the defendant.

ENTER: This 12th day of August, 2009.

_____
United States District Judge